# Waite *v.* Mayor and Aldermen of Birmingham.

APPEAL from the Criminal Court of Jefferson.
Tried before the Hon. DANIEL A. GREENE.

M. F. CALAHAN, for appellant.

E. D. SMITH, for appellee.

The appellant was prosecuted and convicted for vagrancy, in violation of an ordinance of the city of Birmingham.

The appeal is dismissed for want of prosecution.

Opinion PER CURIAM.

---

# Ivy Coal & Coke Co. *v.* Alabama Coal & Coke Co.

APPEAL from the Law and Equity Court of Walker.
Tried before the Hon. PEYTON NORVELL.

COLEMAN & BANKHEAD and JOHN J. MOORE, for appellant.

E. D. SMITH, for appellee.

This was an action of ejectment brought by the appellee against the appellant. The appeal is from a judgment in favor of the plaintiff.

The judgment is affirmed.

Opinion by DOWDELL. J.